## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ESTEVAN R. L.,

      Plaintiff,

v.                                        No. 1:26-cv-00983-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

      Defendant.

### ORDER GRANTING PLAINTIFF'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO REVERSE AND REMAND TO THE AGENCY

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 10), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **August 30, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **September 29, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 13th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE