# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ESTEVAN R. L.,

     Plaintiff,

v.                                                                                    No. 1:26-cv-00983-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

     Defendant.

### ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO REVERSE AND REMAND TO THE AGENCY

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 13), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **October 30, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **November 30, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 24th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE