**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ESTEVAN R. L.,

Plaintiff,

v. No. 1:26-cv-00983-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER ON UNOPPOSED MOTION FOR STAY OF PROCEEDINGS**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Stay of Proceedings, (Doc. 15), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that this matter is **STAYED** until **January 28, 2027**. Plaintiff shall file his Motion to Remand and Reverse no later than **January 28, 2027**. Defendant's response is due no later than **March 1, 2027**. Plaintiff's reply, if any, is due **March 15, 2027**.

**IT IS SO ORDERED** this 2nd day of November, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE